## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

CHERYL UZAMERE,
    Plaintiff,


    v.                                      C.A. No. 13-505 S

UNITED STATES OF
AMERICA , et al.,
    Defendants.


### ORDER

The Report and Recommendations of United States Magistrate Judge Patricia A. Sullivan filed on August 26th, 2013 (ECF #11) in the above-captioned matter is hereby adopted pursuant to Title 28 United States Code § 636(b)(1).  Defendant's objection to the Magistrate Judge's Report and Recommendation (ECF #16) is rejected, all pending motions are denied as moot, and the matter is hereby dismissed.


ENTER:



_____
William E. Smith
United States District Judge

Date:  10/24/13